IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ADAEZE DUNCAN,<br>    Plaintiff/<br>    Counterclaim Defendant,<br><br>v.<br><br>INTERNATIONAL MARKETS LIVE, INC.,<br>    Defendant/<br>    Counterclaim Plaintiff. | Case No. 4:20-cv-17-RGE-HCA<br><br>**DEFENDANT/COUNTERCLAIM PLAINTIFF'S MOTION TO COMPEL ARBITRATION** |

COMES NOW the Defendant/Counterclaim Plaintiff, International Markets Live, Inc. ("IML"), by and through the undersigned counsel, and for its Motion to Compel Arbitration pursuant to Local Rule 7 and 9 U.S.C. § 4 respectfully states as follows:

1. The claims in this lawsuit are subject to a binding arbitration agreement.

2. Filed concurrently herewith and incorporated by reference herein is the Defendant's Memorandum of Authorities in Support of this Motion along with Exhibits "A" through "F" thereto.

3. Pursuant to Local Rule 7, the undersigned as requested that the Plaintiff participate in arbitration and the Plaintiff has refused. The Plaintiff does not consent to this Motion.

WHEREFORE Defendant/Counterclaim Plaintiff International Markets Live, Inc. respectfully requests that the Court enter an Order dismissing Plaintiff

Adaeze Duncan's lawsuit and compelling arbitration of the Plaintiff's and IML's claims.

> */s/ Joseph G. Gamble*
> Joseph G. Gamble AT0009417
> DUNCAN GREEN, P.C.
> 400 Locust Street, Suite 380
> Des Moines, IA 50309-2363
> Telephone: (515) 288-6440
> Facsimile: (515) 288-6448
> jgamble@duncangreenlaw.com
> ATTORNEY FOR DEFENDANT/
> COUNTERCLAIM PLAINTIFF

## **CERTIFICATE OF SERVICE**

 I hereby certify that on August 3, 2020, the foregoing document was electronically served upon the following parties by transmission of the document to the CM/ECF system.

   Steven Wandro
   Ben Arato
   Wandro and Associates, P.C.
   2501 Grand Avenue B
   Des Moines, IA 50312

   Daniel F. Konicek
   Peter LeGrand
   Konicek & Dillon, P.C.
   21 W. State Street
   Geneva, IL 60134

   ATTORNEYS FOR PLAINTIFF/
   COUNTERCLAIM DEFENDANT

         By:  */s/ Joseph G. Gamble*