


## 2  Create Your IML User Account

User Name:  [ User Name ]

Please choose a User Name for your account. This user name will be used when logging into the iMarketsLive.com system. It will also be used to determine your website URLs.

Password:  [ Password ]

Confirm Password:  [ Confirm Password ]

Passwords must be between 5 and 16 characters long.

## 3  Choose ONE PACK to Start

| YOUR INITIAL PAYMENT | YOUR INITIAL PAYMENT |
|---|---|
| **$325.00** | **$225.00** |



| ✓ ELITE STARTER PACK | ○ PLATINUM STARTER PACK |
|---|---|
| IML Forex and Crypto Academy's | IML Forex and Crypto Academy's |
| IML TV (All Sessions) | IML TV (All Sessions) |
| Harmonic Scanner | Harmonic Scanner |
| Swing Trades & Night Owl Sessions | Swing Trades & Night Owl Sessions |
| Pip Talk (Basic) | Pip Talk (Basic) |
| Swipe Trades | |

| |
|---|
| Web Analyzer |
| Bounce Back |
| Gold Cup |
| SwipeCoin |
| High Frequency Forex |
| PIVOTS |
| LEVELS |

| YOUR INITIAL PAYMENT | YOUR INITIAL PAYMENT |
|---|---|
| **$189.95** | **$189.95** |

| ⬤ HFFX MONTHLY | ⬤ DIGITAL CURRENCY MONTHLY |
|---|---|
| HFF Academy | DC Academy |
| HFF TV | DC Scanner |
| PipTalk | SwipeCoin App |
| High Frequency Forex | IMLTV Sessions |

**(4) Choose ONE Monthly Plan**

| YOUR MONTHLY PAYMENT | YOUR MONTHLY PAYMENT |
|---|---|
| ✓ **ELITE MONTHLY**    **$274.95** | ⬤ **PLATINUM MONTHLY**    **$164.95** |
| IML Forex and Crypto Academy's | IML Forex and Crypto Academy's |
| IML TV (All Sessions) | IML TV (All Sessions) |
| Harmonic Scanner | Harmonic Scanner |

| |
|---|
| Swing Trades & Night Owl Sessions |
| Pip Talk (Basic) |
| Swipe Trades |
| Web Analyzer |
| Gold Cup |
| SwipeCoin |
| High Frequency Forex |
| PIVOTS |
| LEVELS |

| |
|---|
| Swing Trades & Night Owl Sessions |
| Pip Talk (Basic) |

YOUR MONTHLY PAYMENT

| |
|---|
| ◯ HFFX MONTHLY    $179.95 |
| HFF Academy |
| HFF TV |
| PipTalk |
| High Frequency Forex |

YOUR MONTHLY PAYMENT

| |
|---|
| ◯ DIGITAL CURRENCY MONTHLY $179.95 |
| DC Academy |
| DC Scanner |
| SwipeCoin App |
| IMLTV Sessions |

---

⑤  Enter Your Payment Information

Payment Type:        [ Pay using Credit Card ⌄ ]

# Credit Card Info

| | |
|---|---|
| Name on Card: | [ Name On Card ] |
| Credit Card Type: | [ - Pick One - ▾ ] |
| Credit Card Number: | [ Credit Card Number ] |
| Expiration Date: | [ ▾ ] / [ ▾ ] |
| Security Code (3 digits): | [ Security Code: ] |
| Country: | [ ▾ ] |
| Address: | [ Address: ] |
| City: | [ City: ] |
| State/Province: | [ ]   2 or 3 character state code |
| ZIP/Postal Code: | [ Zip/Postal Code: ] |

☐ I have completely read and fully agree to the International Markets Live Inc. **Policies & Procedures**.

☐ I have completely read and fully agree to the International Markets Live Inc. **Refund Policy**

☐ I have completely read and fully agree to the International Markets Live Inc. **Privacy Policy**.

☐ I have completely read and fully agree to the International Markets Live Inc. **Terms and Conditions**

☐ I understand that by selecting this option I will be charged $325.00 immediately, and I will continue to be billed $274.95 each month starting 30 days from now unless I cancel my account. I may cancel my account at any time.

☐ I fully understand that iMarketsLive is NOT an investment company offering financial advice. I am purchasing educational products and services that I will access through iMarketsLive.

☐ Your enroller will be: **Giwrgos82 | georgios konidaris**

**JOIN NOW**



Privacy Policy | Policies and Procedures | Terms & Conditions | Refund Policy | Spam Policy | NFA Notice
Copyright © 2019 iMarketsLive.

**FULL RISK DISCLOSURE:** Trading contains substantial risk and is not for every investor. An investor could potentially lose all or more than the initial investment. Risk capital is money that can be lost without jeopardizing financial security or life style. Only risk capital should be used for trading and only those with sufficient risk capital should consider trading. Past performance is no guarantee of future results.