IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ADAEZE DUNCAN,<br>    Plaintiff/<br>    Counterclaim Defendant,<br><br>v.<br><br>INTERNATIONAL MARKETS LIVE, INC.,<br>    Defendant/<br>    Counterclaim Plaintiff. | Case No. 4:20-cv-17-RGE-HCA<br><br>**REPORT REGARDING STATUS OF APPEAL** |

COMES NOW the Defendant, by and through the undersigned counsel, and provides the following report regarding the status of the appeal in this case as was directed by the Court in its text Order of January 18, 2021 (ECF No. 76):

1. This case is on appeal to the United States Court of Appeals for the Eighth Circuit, Case No. 20-3392. *See* ECF No. 69.

2. The appeal has been fully briefed.

3. On February 23, 2021, the parties received a Notice of Docket Activity with Docket Text stating:

> Please note that this case has been screened for oral argument. The exact date of your oral argument has not been determined at this time. You will be receiving a calendar approximately 4 weeks before the scheduled argument date. Please review the current and future argument dates immediately to determine if you have any conflicts…. If you do have conflicts with any of the argument dates, please inform this court by sending a letter….

4. The Defendant filed its letter regarding availability for oral argument with the Eighth Circuit Clerk of Court on February 24, 2021. The Plaintiff filed

her letter regarding availability for oral argument with the Eighth Circuit Clerk of Court on February 25, 2021.

     5.    The parties have not yet received any notification of a date for oral argument.

Dated:  June 24, 2021

                                                    /s/  *Joseph G. Gamble*
                                                  Joseph G. Gamble AT0009417
                                                  DUNCAN GREEN, P.C.
                                                  400 Locust Street, Suite 380
                                                  Des Moines, IA 50309-2363
                                                  Telephone:  (515) 288-6440
                                                  Facsimile: (515) 288-6448
                                                  jgamble@duncangreenlaw.com
                                                  ATTORNEYS FOR DEFENDANT/
                                                  COUNTERCLAIM PLAINTIFF