IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ADAEZE DUNCAN,<br>     Plaintiff/<br>     Counterclaim Defendant,<br>v.<br><br>INTERNATIONAL MARKETS<br>LIVE, INC.,<br>     Defendant/<br>     Counterclaim Plaintiff. | Case No. 4:20-cv-17-RGE-HCA<br><br><br><br>**REPORT REGARDING<br>STATUS OF APPEAL** |

COMES NOW the Defendant, by and through the undersigned counsel, and provides the following report regarding the status of the appeal in this case as was directed by the Court in its text Order of June 25, 2021 (ECF No. 80):

1. This case is on appeal to the United States Court of Appeals for the Eighth Circuit, Case No. 20-3392.  *See* ECF No. 69.

2. The appeal has been fully briefed.

3. Oral argument was held before the United States Court of Appeals for the Eighth Circuit on September 22, 2021.

4. The parties are awaiting a decision on the appeal.

Dated:  September 23, 2021

/s/  *Joseph G. Gamble*
Joseph G. Gamble AT0009417
DUNCAN GREEN, P.C.
400 Locust Street, Suite 380
Des Moines, IA 50309-2363
Telephone:  (515) 288-6440
jgamble@duncangreenlaw.com
ATTORNEYS FOR DEFENDANT/
COUNTERCLAIM PLAINTIFF